9:22-cv-81908-RLR

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## WEST PALM BEACH DIVISION

### CASE NO. 9:22-CV-81908-RLR

**MARC M. DULCIO,**

    Plaintiff,

v.

**ENVIRONMENTAL PROTECTION AGENCY,** *et al.,*

    Defendants.

_____/



FILED BY ____ D.C.

APR 28 2023

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

### PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE (1) A RESPONSE TO DEFENDANT'S MOTION TO DISMISS, (2) FILE SCHEDULING REPORT FROM MEET AND CONFER

Plaintiff, Marc M. Dulcio (hereinafter, *"Plaintiff"*) pursuant to Federal Rule of Civil Procedure Rule 6(b)(1)(B) humbly submits his motion for extension of time to reply to defendant **JUSTIN STARK** "Motion to Dismiss" *(Please See ECF. 54)* filed on April 11, 2023, and to submit Scheduling Report from Plaintiff and EarthTech Drilling meet and confer, and states as follows:

1.) On or about April 13th, 2023 Plaintiff's son was stricken with the flu.
2.) *Plaintiff* attended to his son, in hopes of a speedy recovery.
3.) On or about April 17th, 2023 *Plaintiff's* son recovered from the flu.
4.) Between April 13th, 2023 and April 20th, 2023 *Plaintiff* was in good health.
5.) During the morning of April 21st, 2023, *Plaintiff* had a slight fever, but was well enough to "meet and confer" with attorney Bryan Kyle Morley.
6.) During the afternoon of April 21st, 2023, *Plaintiff* became bed stricken with the flu.

**7.)** On April 26th, 2023, **Plaintiff** recovered from the flu.

As a result of the above mentioned events Plaintiff has missed two deadlines;

1.) April 21st, 2023, filing the "SCHEDULING REPORT - Rule 26(f)/16.1" between Plaintiff and Earthtech Drilling.
2.) April 25th, 2023, filing a Response in Opposition to Defendant (Justin Stark) Motion to Dismiss.

**Plaintiff** seeks a minor extension of time for the purpose of filing these *papers*. If granted the amount of time **Plaintiff** would need would be minuscule due to the *papers* already being prepared and only needing to be filed. **Plaintiff** apologizes to the court and the other defendants involved in this matter and prays that this motion is considered acceptable as an *"Excusable Neglect"* circumstance.

Respectfully submitted,

*/s/ Marc Dulcio*
Marc M. Dulcio
Pro Se Litigant
70 N.E. 131st Street
North Miami, FL 33161
info@warrantyrepairx.com
MarcDulcio@hotmail.com

### CERTIFICATE OF GOOD FAITH CONFERRAL

Pursuant to Local Rules, Plaintiff will attempt to contact the other *attorney's of record* prior to the filing of this motion and will list their respective disposition to this motion below.

| Counsel | Oppose | Un-Oppose | No Answer |
|---|---|---|---|
| Counsel for FDEP Defendants: | Oppose | Un-Oppose | ~~No Answer~~ |
| Counsel for Arcadis: ? | Oppose | Un-Oppose | ~~No Answer~~ |
| Counsel for EarthTech: | Oppose | Un-Oppose | ~~No Answer~~ |

*/s/ Marc Dulcio*
Marc M. Dulcio

## CERTIFICATE OF SERVICE

I hereby certify that on April 28, 2023, I manually filed the foregoing document with the Clerk of Court located in West Palm Beach, FL. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

*/s/ Marc M. Dulcio*
Marc M. Dulcio

## SERVICE LIST

Daniel C. Johnson (FBN 522880)
Email: djohnson@carltonfields.com
Carlton Fields, P.A.
200 S. Orange Avenue
Suite 1000
Orlando, FL 32801
Telephone: (407) 849-0300
Facsimile: (407) 648-9099
Counsel for Defendant Arcadis U.S., Inc

CHRISTOPHER J. WHITELOCK
Florida Bar No. 067539
WHITELOCK & ASSOCIATES, P.A.
300 Southeast Thirteenth Street
Fort Lauderdale, Florida 33316
Phone No.: (954) 463-2001
Facsimile No.: (954) 463-0410
Counsel for FDEP-Defendants

Bryan Kyle Morley (FBN 21898)
Foley & Mansfield, PLLP
146 2nd St N Suite 105
Saint Petersburg, Florida 33701
Telephone: 727-214-2011
Counsel for Earth Tech Drilling, Inc.